ROBERT SUTTON, as Administrator of the Estate of EDWARD SUTTON, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Sutton* v. *Erie R. R. Co.*, 145 App. Div. 122, affirmed.
(Argued May 13, 1912; decided June 4, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1911, which sustained plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granted a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The trial court had directed a verdict for defendant.

*John W. Ryan* for appellant.

*Eugene M. Ashley* and *Augustus Thibaudeau* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, WERNER and WILLARD BARTLETT, JJ.   Dissenting: CHASE and COLLIN, JJ. Not voting: HISCOCK, J.